IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CLIFTON W. JOHNSON,
    Plaintiff,

v.                                        Civil No. 3:21cv680 (DJN)

D. BROWN, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 18, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court admonished Plaintiff that he "must immediately advise the Court of his new address in the event that he is transferred, released, or otherwise relocated while the action is pending." (ECF No. 2, at 3.) The Court further warned Plaintiff that "**FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE ACTION**." (*Id.*)

On November 29, 2021, the United States Postal Service returned the November 18, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and, "NOT AT THIS ADDRESS." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address.

Plaintiff's failure to contact the Court and provide a current address indicates his lack of

interest in prosecuting this action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 20, 2022